# United States District Court
## Southern District of Georgia

RENARDO A. SIMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 618-079

KEVIN MARLER; OFFICER DEITEMAN; OFFICER KELLS; and CAPTAIN EADY, in their individual capacities,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 7, 2020 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Plaintiff's Complaint is hereby dismissed and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.



02/07/2020  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*

GAS Rev 10/1/03