IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RENARDO SIMS,

    Plaintiff,

v.

KEVIN MARLER; OFFICER DEITEMAN; OFFICER KELLS; and CAPTAIN EADY,

    Defendant.

CIVIL ACTION NO.: 6:18-cv-79

**ORDER**

After the Court entered an Order adopting the Magistrate Judge's Report and Recommendation, doc. 35, Plaintiff filed his Response in Objection to the Report and REcommendation, doc. 37. The Court has reviewed Plaintiff's Objections and the record but finds no reason to disturb its earlier ruling. Plaintiff's Objections offer no new material facts or arguments which would alter the Court's prior decision and, as such, the Court **OVERRULES** Plaintiff's Objections. The Court's February 7, 2020 Order remains the Order of this Court, and this case remains **CLOSED**.

**SO ORDERED**, this 14th day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA