```
                                              FILED
                                         U.S. DISTRICT COURT
                                           AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

20 JUL 30 PM 3:05

CLERK J. Hodge
SO. DIST. OF GA.

| | | |
|---|---|---|
| Renardo A. Sims, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. CV618-079 |
| | ) | |
| Kevin Marler, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

# O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 30th day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA